No. 83–302.   AVEDISIAN v. MAY ET AL.   Appeal from C. A. 4th Cir. dismissed for want of jurisdiction.   Treating the papers

whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.